DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL MASLAK,**
Appellant,

v.

**WELLS FARGO BANK, N.A.,** as Trustee of WAMU Mortgage
Pass-Through Certificates Series 2005-PR4,
Appellee.

Nos. 4D16-3782, 4D16-3783 and 4D16-3784

[October 19, 2017]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; F. Shields McManus, Judge; L.T. Case Nos. 09-1789 CA, 09-1808 CA and 09-1828 CA.

Tim B. Wright and Garrick D. Harding of Wright, Ponsoldt & Lozeau Trial Attorneys, L.L.P., Stuart, for appellant.

Andrew B. Boese of León Cosgrove, LLC, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***